



## MEMORANDUM OPINION

No. 04-11-00650-CV

### IN RE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
Rebecca Simmons, Justice
Steven C. Hilbig, Justice

Delivered and Filed:  September 21, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On September 7, 2011, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] In this proceeding, relator Texas Commission on Environmental Quality seeks a writ of mandamus against Bexar Metropolitan Water District pursuant to section 273.061 of the Texas Election Code. *See* TEX. ELEC. CODE. ANN. 273.061 (West 2010).